**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 11-2051**

———

SALAME M. AMR,

        Plaintiff - Appellant,

     v.

VIRGINIA STATE UNIVERSITY "VSU"; VSU's Board of Visitors;
EDDIE N. MOORE, JR.; W. ERIC THOMAS; PAMELA LEIGH-MACK;
LARRY C. BROWN; KEITH M. WILLIAMSON; NASSER RASHIDI; GERALD
BURTON; DONNA CRAWFORD; GLORIA YOUNG; ALI MOHAMED; OLIVER W.
HILL, JR.; WONDI MERSIE; ANDREW KANU; STEPHAN WILDEUS;
SHARON EVANS; AMERICAN SOCIETY OF ENGINEERING EDUCATION;
AMERICAN ASSOCIATION FOR UNIVERSITY PROFESSORS,

        Defendants - Appellees.

———

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, Senior
District Judge. (3:10-cv-00787-REP-MHL)

———

Submitted: March 15, 2012        Decided: March 19, 2012

———

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———

Dismissed by unpublished per curiam opinion.

———

Salame M. Amr, Appellant Pro Se. Gregory Clayton Fleming,
Senior Assistant Attorney General, Ronald Nicholas Regnery,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia;
Robert R. Musick, THOMPSON MCMULLAN, PC, Richmond, Virginia;
Margaret Sander, REED SMITH, LLP, Richmond, Virginia; Jeremy

David Capps, HARMAN, CLAYTOR, CORRIGAN & WELLMAN, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Salame M. Amr appeals the district court's orders accepting the recommendation of the magistrate judge and dismissing his complaint with prejudice and granting the Defendants' motions for sanctions. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. Amr v. Virginia State Univ., No. 3:10-cv-00787-REP-MHL (E.D. Va. Sept. 21, 2011). Amr's pending motion to hold appeal in abeyance is denied as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3